IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-cr-00236-M-KS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QWMAINE RAEKWON KNOTT,<br><br>Defendant. | ORDER |

This matter comes before the court on Defendant's Motion for Disclosure of Pretrial Services Report [DE 23]. For good cause shown, the motion is GRANTED. The United States Probation Office shall provide a copy of the Defendant's pretrial services report (filed at DE 12) to counsel for Defendant, Daniel Donahue.

SO ORDERED this 24th day of March, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE